IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **JEFFERSON COUNTY, ALABAMA,** | ) | Case No. 11-05736-TBB9 |
| a political subdivision of the State of | ) | |
| Alabama, | ) | Chapter 9 |
| | ) | |
| Debtor. | ) | |

### AGREED ORDER REGARDING JEFFERSON COUNTY'S MOTION TO MODIFY THE AUTOMATIC STAYS WITH RESPECT TO A CERTAIN APPEAL TO THE SUPREME COURT OF ALABAMA

THIS MATTER came before the Court on *Jefferson County's Motion to Modify the Automatic Stays with Respect to a Certain Appeal to the Supreme Court of Alabama* [Docket No. 1649] (the "Motion") filed by Jefferson County, Alabama (the "County"). Based on the pleadings of record, and by consent of the parties, the Court finds, determines and concludes that notice of the relief requested in the Motion was good and sufficient under the particular circumstances; the Court has cause to grant limited stay relief as set forth herein; and the Motion is due to be **GRANTED**.

**WHEREFORE**, based upon the foregoing findings of fact and conclusions of law, it is hereby

**ORDERED, ADJUDGED and DECREED** that subject to the limitations set forth in the remaining paragraphs of this Order, the automatic stays imposed by 11 U.S.C. §§ 362 and 922 are modified for the limited purpose of allowing the Supreme Court of Alabama (the "Supreme Court") to enter an order on the petition for writ of certiorari in *Ex Parte Suzanne Birchfield*, No. 1101140 (the "Petition") and, if the Petition is denied or the County otherwise prevails before the Supreme Court, to allow remand and judgment to the Circuit Court of Jefferson County in

1

accordance with the orders of the Supreme Court and the Alabama Court of Civil Appeals; and it is further

**ORDERED, ADJUDGED and DECREED** that the automatic stays imposed by 11 U.S.C. §§ 362 and 922 remain in full force and effect with respect to any attempt by Suzanne Birchfield to prosecute a cause of action against the County in any court other than the Supreme Court; and it is further

**ORDERED, ADJUDGED and DECREED** that the automatic stays imposed by 11 U.S.C. §§ 362 and 922 remain in full force and effect with respect to the enforcement or collection of any claim against the County; and it is further

**ORDERED, ADJUDGED and DECREED** that this Order is without prejudice to the rights, claims and defenses of Suzanne Birchfield, except as to the application of the automatic stays as set forth above; and it is further

**ORDERED, ADJUDGED and DECREED** that this Order is without prejudice to any of the rights, claims and defenses of the County with respect to the Petition and all related claims or causes of action and pursuant to Section 904 of the Bankruptcy Code, and nothing herein is intended as or shall be deemed to constitute the County's consent to this Court's interference with (1) any of the political or governmental powers of the County, (2) any of the property or revenues of the County, or (3) the County's use or enjoyment of any income-producing property.

**DONE AND ORDERED** this the 26th day of February, 2013.

/s/ T. B. B.
UNITED STATES BANKRUPTCY JUDGE

**SUBMITTED BY:**

/s/   James B. Bailey
**BRADLEY ARANT BOULT CUMMINGS LLP**
Patrick Darby
James B. Bailey
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8500
Email: pdarby@babc.com, jbailey@babc.com

*-and-*

**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
Kenneth N. Klee (*pro hac vice*)
Lee R. Bogdanoff (*pro hac vice*)
David M. Stern (*pro hac vice*)
Robert J. Pfister (*pro hac vice*)
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email:  kklee@ktbslaw.com, lbogdanoff@ktbslaw.com,
         dstern@ktbslaw.com, rpfister@ktbslaw.com

*Counsel for Jefferson County, Alabama*

*-and-*

/s/      Candice J. Shockley
**CANDICE J. SHOCKLEY**
Attorney at Law
2491 Pelham Parkway
Pelham, Alabama 35124
Telephone: (205) 663-3363
Email: cjshockley@aol.com

*Counsel for Suzanne Birchfield*