## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JEFFERSON COUNTY, ALABAMA, | ) | Case No. 11-05736-TBB |
| a political subdivision of the State of | ) | |
| Alabama, | ) | Chapter 9 |
| | ) | |
| Debtor. | ) | |

## THE WATER WORKS BOARD OF THE CITY OF BIRMINGHAM'S AND THE CITY OF BESSEMER'S OBJECTION TO DISCLOSURE STATEMENT REGARDING CHAPTER 9 PLAN OF ADJUSTMENT FOR JEFFERSON COUNTY, ALABAMA

**COME NOW** The Water Works Board of the City of Birmingham (the "Board"), located at 3600 1st Avenue North, Birmingham, Alabama 35222, and the City of Bessemer, Alabama, located at 1800 3rd Avenue North, Bessemer, Alabama 35020 (the "City") and object in pertinent part as hereinafter set out to the Disclosure Statement filed by the Debtor, Jefferson County, Alabama (the "County"), and in support thereof state as follows:

### INTRODUCTION

On or about July 15, 2013, the Board and the City received the Notice of Hearing to Consider Approval of Disclosure Statement Regarding Chapter 9 Plan of Adjustment for Jefferson County Alabama (dated June 30, 2013). The Board is an Alabama public corporation incorporated and existing pursuant to Ala. Code §11-50-230 *et seq.* It provides potable water to the Birmingham/Jefferson County

1

metro area as well as several surrounding counties. The Board has approximately 194,000 water customer accounts, and approximately 113,000 of those water customer accounts are also County Sewer Customers. The Board's customer accounts represent approximately 750,000 citizens who rely upon the Board for their potable water needs. Pursuant to the provisions of Act 619 of the 1949 Acts of the Legislature, Act 616 of the 1953 Acts of the Legislature and Act 886 of the 1961 Acts of the Legislature, the Board collects sewer fees as an agent of the County. The Board sends out a combined water and sewer bill to its water customers that are also County sewer customers. Also, pursuant to Sections 11 and 12 of Act No. 619, the County, acting through its County Commission, may request the Board to disconnect water service for sewer customers for non-payment of their bills, or the County itself may disconnect such customers. Disconnections for sewer service delinquencies impact the Board since the customer is also disconnected from water service, thereby negatively affecting the Board's revenues. As such, the Board has a vested interest in the long term viability and maintenance of the County's sewer system in order to ensure that it operates sufficiently so as not to negatively impact the Board's business operations.

The City of Bessemer, Alabama (the "City") is a municipal corporation incorporated and existing pursuant to Ala. Code §11-40-1 et seq. The City's public utilities provides potable water to the citizens of Bessemer, Brighton, Dolomite,

2

Hueytown, Hoover, Lipscomb, Midfield, & portions of the Bessemer Division of unincorporated Jefferson County as well as to the municipal corporations of Helena (Jefferson & Shelby Counties) and Alabaster (Shelby County). The City has approximately 30,263 water customer accounts, and approximately 19,258 of those water customer accounts are also County Sewer Customers. The City's customer accounts represent approximately 75,000 citizens who rely upon the City for their potable water needs. Pursuant to the provisions of Act 619 of the 1949 Acts of the Legislature and Act 886 of the 1961 Acts of the Legislature, the City collects sewer fees as an agent of the County. The City sends out a combined electric, water and sewer bills to its Bessemer water customers that are also County sewer customers. The City sends out a combined water, garbage and sewer bills to its Hueytown, Midfield and Brighton customers that are also County sewer customers. The City sends out a combined water and sewer bill to its water customers that are also County sewer customers. Also, pursuant to Sections 11 and 12 of Act No. 619, the County, acting through its County Commission, may request the City to disconnect water service for sewer customers for non-payment of their bills, or the City itself may disconnect such customers. Disconnections for sewer service delinquencies impact the City since the customer is also disconnected from water service, thereby negatively affecting the City's revenues. As such, the City has a vested interest in the long term viability and maintenance

3

of the City's sewer system in order to ensure that it operates sufficiently so as not to negatively impact the City's business operations.

The Board's and the City's interests in the County's Disclosure Statement and Plan are likewise sufficient for them to be parties in interest pursuant to 11 U.S.C. §1109(b), which is incorporated into Chapter 9 cases via 11 U.S.C. § 901(a), in that they have a pecuniary and practical interest in the long term viability of the Plan to ensure that adequate provisions are made to provide for needed capital improvements, maintenance, operations and rates in order to ensure that the Plan offers a reasonable assurance of success and will not negatively impact the Board's and the City's operations.  *See In re Jefferson County*, 474 B. R. 228, 245, n. 4 (Bkr. N.D. Ala. 2012) ("determining factor is whether a person or entity has sufficient interest in the proceeding to merit representation, and the interest may be pecuniary or practical.") (citations omitted); *Seraphin v. Morris Publishing Group, L.L.C.,* 2010 Bankr. LEXIS 488 (N.D. Ga. 2010) (entity that has pecuniary interest that is directly or adversely affected by outcome of proceedings is party in interest); *In re Lewis*, 273 B.R. 739, 743 (Bkr. N.D. Ga. 2001) (citing *Nintendo Co., Ltd. v. Patten* (*In re AlpexComputer Corp.*), 71 F.3d 353, 356 (10th Cir. 1995)); *Yadkin Valley Bank & Trust Co. v. McGee* (*In re Hutchinson*), 5 F.3d750, 756 (4th Cir. 1993) (party in interest is generally understood to include all persons whose pecuniary interests are directly affected by the bankruptcy proceedings).

4

The most important feature of the proposed Reorganization Plan is the issuance of approximately $1.9 billion of sewer revenue warrants. As a practical matter, the issuance of these warrants will require robust financial and other disclosures concerning the System. Thus, our objections with regard to portions of the Disclosure Statement include objections directed to whether or not the Disclosure Statement contains information necessary to support the issuance of the Proposed Warrants which are the *sine qua non* of the proposed Reorganization Plan. For illustrative purposes of a model of the type of disclosure appropriate in connection with a major debt issue for a sewer system, the Board and the City submit a copy of the Official Statement of Louisville and Jefferson County Metropolitan Sewer District Sewer and Drainage System Revenue Bonds, Series 2013 ("The Louisville Official Statement" attached hereto as Attachment "A"), while proffering that the County's proposed $1.9 billion warrant issue will be far riskier than the Louisville issue and thus will require even more extensive financial disclosure. (See The Official Statement of Louisville and Jefferson County Metropolitan Sewer District, Series 2013A and Series 2013B, dated April 23, 2013 available at www.emma.msrb.org/EA522367-E).

5

**OBJECTIONS**

The County has filed its Disclosure Statement pursuant to Section 1125 of the Bankruptcy Code which requires a finding that such Statement contains "adequate information." Adequate information is defined as:

> information of a kind, and in sufficient detail, as far as is reasonably practicable in light of the nature and history of the debtor and the condition of the debtor's books and records, that would enable a hypothetical reasonable investor typical of the holders of claims or interests of the relevant class to make an informed judgment about the plan.

11 U.S.C. § 1125(a)(1).

Additionally, case law under this section of the Bankruptcy Code has produced a list of factors that are relevant in evaluating the adequacy of a disclosure statement. *In re Metrocraft Publication Services Inc*., 39 B.R. 567 (Bankr. N. D. Ga. 1984). Disclosure of all factors is not necessary in every case, and there may be cases in which disclosure of all of the factors is still not sufficient to provide adequate information for the proper evaluation of the plan. *Metrocraft*, 39 B.R. at 567-68. The factors include: (1) the events which led to the filing of a bankruptcy petition; (2) a description of the available assets and their value; (3) the anticipated future of the company; (4) the source of information stated in the disclosure statement; (5) a disclaimer; (6) the present condition of the debtor while in bankruptcy; (7) the scheduled claims; (8) the estimated return to creditors under a liquidation; (9) the accounting method utilized to produce financial information

6

and the name of the accountants responsible for such information; (10) the future management of the debtor; (11) the plan or a summary thereof; (12) the estimated administrative expenses, including attorneys' and accountants' fees; (13) the collectability of accounts receivable; (14) financial information, data, valuations or projections relevant to the creditors' decision to accept or reject the proposed plan; (15) information relevant to the risks posed to creditors under the plan; (16) the actual or projected realizable value from recovery of preferential or otherwise voidable transfers; (17) litigation likely to arise in a non-bankruptcy context; (18) tax attributes of the debtor; and (19) the relationship of the debtor with affiliates. *Id.*

Due to the complex nature of the County's financial status as well as the complex approach the County is proposing to end this bankruptcy case, the Board and the City believe that the Court should not approve the Disclosure Statement for the following reasons:

**I.  FAILURE TO ADEQUATELY ADDRESS FINANCIAL INFORMATION, DATA, VALUATIONS OR PROJECTIONS RELEVANT TO THE DECISION TO ACCEPT OR REJECT THE PROPOSED PLAN:**

A.  The Disclosure Statement is devoid of underlying assumptions and any discussion or background material on why these assumptions are appropriate to use in the projections for the Financing Plan found in Exhibit No. 9. All references hereinafter made to the "Financing Plan" are to Exhibit No. 9 of the

7

County's Disclosure Statement. Full, complete and detailed disclosure of assumptions supporting the Financing Plan is missing.

B.     The Disclosure Statement fails to provide in the Financing Plan information on assumed changes in water consumption for its customers that result from the plan or from exogenous factors.

C.     The Disclosure Statement fails to contain in the Financing Plan sufficient detail on the assumed loss or growth of customers.

D.     The Disclosure Statement fails to contain in the Financing Plan information on changes in assumed water consumption per customer that may result from factors such as:

     i.       Price elasticity of demand to higher rates instituted by the new rate structure;

     ii.       Impact of water saving fixtures and the water conservation program to be developed by the County;

     iii.       Variation in consumption due to weather;

     iv.       National trends in water consumption;

     v.       Local trends in water consumption that may be evident by an analysis of historical data.

E.     The Disclosure Statement fails to contain in the Financing Plan detail on the components of sewer revenue or the assumptions supporting their growth over the forecast period.

F.    The Disclosure Statement fails to contain in the Financing Plan detail on the sources of Miscellaneous Revenue or support for the growth in the category of revenue.

G.    The Disclosure Statement fails to contain in the Financing Plan detail on customers by rate class, either historically, currently, or prospectively, and fails to discuss on how the mix of customers may change and the impact this will have on the projections.

H.    The Disclosure Statement fails to contain in the Financing Plan detail or discussion of the Operating Expense assumptions.

I.    The Disclosure Statement fails to identify in the Financing Plan sources of funds to pay for $1.2 billion in unfinanced capital spending requirements labeled as "CAPEX Shortfall" on page two of the exhibit, or to discuss the operational or regulatory impact, e.g., Alabama Department of Environmental Management (ADEM), the Environmental Protection Agency (EPA), etc., of deferring this identified sewer system requirement.

J.    The Disclosure Statement fails to contain in the Financing Plan detail on the categories of future capital spending – repair and replacement, regulatory-driven or growth related.

K.    Section 3.B.5. of the Disclosure Statement states that portions of the major plant improvements made in the 1990's and early 2000's under the Consent

9

Decree are now reaching the end of their useful life. Furthermore, given the burdensome requirements of the Consent Decree, the Disclosure Statement does little to speak to the specific topic of Affordability and how it was given consideration in the proposed settlement. The Disclosure Statement fails to contain in the Financing Plan discussion on the adequacy of assumed future capital spending to repair or replace these substantial assets.

L.     In light of the tremendous capital spending requirements placed on Jefferson County in the past by regulatory requirements, and the fact that four of nine basins still have not been released from the Consent Decree as recorded in Section 3.B.5. of the Disclosure Statement, the Disclosure Statement fails to provide in the Financing Plan assumptions on the amount of future capital spending dedicated to meeting regulatory requirements or justification for the adequacy of this assumption.

M.     The Disclosure Statement fails to contain in the Financing Plan information on the source of the interest rate assumptions or analysis of the appropriateness of these assumptions by comparison to other similar non-investment grade financings.

N.     The Disclosure Statement fails to present in the Financing Plan alternate scenarios or a "downside case" that will enable interested parties to judge risks involved in inaccurate assumptions.     In fact the Jefferson County

10

Commission, in a meeting held on July 23, 2013, is reported to have modified the Finance Plan less than four weeks after the filing of the original plan. According to *The Birmingham News*, one reason for the modification is that the Finance Plan's assumptions on water consumption have already proven to be too modest and thus revenue collections are lower than projected (www.al.com, July 23, 2013, [posted 5:00 PM], "Jefferson County Commission agrees to $5 base charge for all sewer customers; a 13% increase to the average residential sewer bill"). There is significant uncertainty involved in a forty year projection. The Disclosure Statement fails to identify in the Financing Plan key assumptions and test various outcomes under adverse conditions.

O.     The Disclosure Statement fails to present in the Financing Plan information on historical or current nonpayment of sewer bills and the impact such nonpayment has on cash flow.

P.     The Disclosure Statement fails to discuss whether an audit of the County, or of the sewer system, will be available at the time of issuance of the proposed warrants for the fiscal years ending September 30, 2012, and September 30, 2013.

Q.     The Disclosure Statement fails to discuss whether the County has the capability of producing reliable financial information in a timely manner on an annual and interim basis.

11

R.    The Disclosure Statement fails to describe the County's financial management system and its reliability.

S.    The Disclosure Statement fails to describe the proposed bond indenture, official statement and other offering documents.

T.    The Rate Resolution of the Jefferson County Commission dated November 6, 2013, (Paragraph IX., page 34), authorizing the March 1, 2013, rate increase referenced its rate consultant to find that the new rates were "appropriate and proper…." There is no discussion in the Financing Plan or a reference to a consultant's report addressing the affordability of the rate structure contained in the Plan. There is no stated assumption on the growth in Median Household Income in the service area over the term of the Financing Plan. The cost of sewer service as a percentage of Median Household Income is a common measure of affordability (and indirectly, the reasonableness) of sewer service.

## II.    FAILURE TO ADEQUATELY ADDRESS INFORMATION RELEVANT TO RISKS:

A.    In the rate resolution passed by the Jefferson County Commission on November 6, 2012, (paragraph FFF.(i.), page 19), the County's rate consultant, Eric Rothstein, is quoted as testifying that the long term indebtedness of the sewer system per customer is $21,000, a level he described as "extraordinary" given typical long term indebtedness per customer for most utilities ranges between $1,100 and $2,000. Under the proposed Plan, the debt obligations of the Sewer

12

System initially decrease to approximately $1.9 billion post issuance of the New Sewer Warrants. However, as a result of accrual of interest in the Capital Appreciation and Convertible Capital Appreciation Bonds, indebtedness steadily increases, peaking at $2.55 billion in year 2031 (See Exhibit 1 to the Affidavit of James H. White, III, attached hereto as Attachment "B"). This represents an increase in debt per customer from approximately $13,000 ($1.9 billion indebtedness divided by 145,000 customers) to $17,000 ($2.55 billion indebtedness divided by 145,000 customers). The Disclosure Statement fails to discuss the risks involved in exiting bankruptcy and operating a sewer system with such an increasing debt burden, a burden which, to use Mr. Rothstein's standards, still appears "extraordinary."

B. The Disclosure Statement fails to discuss the implications of the financial risk remaining in the sewer system after implementation of the Financing Plan and sale of the New Sewer Warrants. The Financing Plan assumes the New Sewer Warrants will have very high interest rates with yields ranging from 3.50% to 6.75%. The extremely high yields required to sell the New Sewer Warrants indicates a high residual financial risk in the sewer system post Plan implementation. The Disclosure Statement fails to discuss whether this financial condition will limit the system's ability to meet its regulatory obligations and will

13

pose a risk of re-entry into bankruptcy and whether a sewer system operating in such a condition will discourage economic development in its service area.

C.　Paragraph XI.C.3.d. of the Disclosure Statement entitled <u>Additional Regulatory Requirements</u>, appears to give only cursory treatment to regulatory risk. The Disclosure Statement fails to discuss the rules under development or consideration by regulatory agencies, trends in regulation, or potential regulatory requirements discussed in the environmental community that may ultimately migrate into the rulemaking arena.

D.　The Disclosure Statement fails to discuss the sewer system's ability to access capital markets to finance anticipated (the $1.2 billion CAPEX shortfall shown in the Financing Plan for the years 2032 to 2053) or unanticipated contingencies. Therefore, while issuance of parity warrants may be authorized, they may be practically impossible with unknown restrictions in the indenture and the poor financial condition of the sewer system.

E.　The proposed Financing Plan requires increasing debt service payments throughout the 40-year life of the indebtedness (See "Total Gross Debt Service" in Exhibit 9 to the Disclosure Statement. (See Exhibit 2 to the Affidavit of James H. White, III attached hereto as Attachment "B"). The Disclosure Statement fails to discuss prior precedent among governmental water and sewer utilities of a constantly ascending debt service schedule, and the risks associated

14

with such a debt service schedule. Jefferson County should provide more detail regarding its Financing Plan and include discussion about the potential limitations for accessing financial markets for future bond issues due to this debt service structure.

F.     At the July 24, 2012, Jefferson County Sewer Hearings, the County's rate consultant, Mr. Eric Rothstein, presented material stating that selected assets were not "used and useful" and that the County should "Determine debt levels associated with reasonable, prudently incurred costs." Moreover, the Resolution of the Jefferson County Commission dated November 6, 2012, stated that the book value of the sewer system's assets exceeded the value of facilities required to deliver sewer services by $1.6 billion to $1.8 billion due to the overvaluation of the *Kipp* assets and excessive costs incurred in construction of wastewater treatment plants. This excluded excess costs incurred as a result of admitted waste, fraud or abuse associated with the Consent Decree work. Adjusting the stated book value of $2.8 billion by the higher and lower estimate of excess cost yields an adjusted book value of the System in the range of $1.0 billion $2.8 billion book value less $1.8 billion overvaluation/excess costs) to $1.2 billion ($2.8 billion book value less $1.6 billion overvaluation/excess costs). The Disclosure Statement contains no discussion of the risks associated with debt substantially in excess of the "used and useful" value of sewer system assets.

15

G.     The Financing Plan to the Disclosure Statement defers 48% of assumed capital spending requirements for the years 2032-2053, to an indeterminate date such deferral apparently for the purpose of freeing up cash flow to make debt service payments. The Disclosure Statement fails to discuss the risk of such a deferral.

## CONCLUSION

**WHEREFORE**, the Board and the City object to the Debtor's Disclosure Statement, and request that the Disclosure Statement, as submitted, not be approved.

Respectfully submitted,


/s/ Charlie D. Waldrep
Charlie D. Waldrep (ASB-9645-D60C)
K. Mark Parnell (ASB-5063-E62K)
Mary H. Thompson (ASB-1808-M68M)
Kelvin W. Howard (ASB-7248-L68H)
Attorneys for the Water Works board of the City of Birmingham

OF COUNSEL:
Waldrep Stewart & Kendrick, LLC
23232nd Avenue North
Birmingham, AL  35203
(205) 254-3216
waldrep@wskllc.com
parnell@wskllc.com
thompson@wskllc.com
howard@wskllc.com

16

/s/ R. Shan Paden          .
R. Shan Paden (ASB-3657-P58R)
Attorney for the City of Bessemer, Alabama

OF COUNSEL:
Paden and Paden, PC
1826 3rd Avenue North, Suite 200
Bessemer, AL  35020
(205) 432-0270 telephone
SPaden@padenlawyers.com

## CERTIFICATE OF SERVICE

     I hereby certify that on July 29th, 2013, a copy of the foregoing motion and the exhibit to the motion were served upon the parties identified on the attached service list by the means specified therein.

/s/ Charlie D. Waldrep     
Of Counsel

17

# MASTER SERVICE LIST

**VIA CM/ECF:**

| | |
|---|---|
| Jefferson County, Alabama<br>c/o Patrick Darby<br>c/o Jay Bender<br>Bradley Arant Boult Cummings LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>pdarby@babc.com<br>jbender@babc.com | Jefferson County Special Counsel<br>J.F. "Foster" Clark, Esq.<br>Balch & Bingham, LLP<br>1901 6th Avenue North<br>2600 AmSouth Harbert Plaza<br>Birmingham, AL 35203-4644<br>fclark@balch.com |
| Jefferson County, Alabama<br>c/o Kenneth Klee<br>c/o Lee Bogdanoff<br>c/o Robert J. Pfister<br>c/o Whitman L. Holt<br>c/o Samuel M. Kidder<br>Klee, Tuchin, Bogdanoff & Stern, LLP<br>1999 Avenue of the Stars, Thirty-Ninth Floor<br>Los Angeles, CA 90067-5061<br>kklee@ktbslaw.com<br>lbogdanoff@ktbslaw.com<br>rpfister@ktbslaw.com<br>skidder@ktbslaw.com | Jefferson County Special Counsel<br>J. Hobson Presley, Jr.<br>Balch & Bingham LLP<br>1901 Sixth Avenue North<br>Suite 1500<br>Birmingham, Alabama 35203-4642<br>hpresley@balch.com |
| The Bank of New York Mellon, as Indenture Trustee<br>c/o Gerald F. Mace<br>c/o Michael R. Paslay<br>c/o David E. Lemke, Esq.<br>c/o Ryan K. Cochran, Esq.<br>c/o Paul S. Davidson<br>Waller Lansden Dortch & Davis, LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Gerald.Mace@wallerlaw.com<br>Mike.Paslay@wallerlaw.com<br>David.Lemke@wallerlaw.com<br>Ryan.Cochran@wallerlaw.com<br>Paul.Davidson@wallerlaw.com | Bankruptcy Administrator for the Northern District of Alabama (Birmingham)<br>Office of the Bankruptcy Administrator<br>c/o J. Thomas Corbett, Esq.<br>United States Bankruptcy Court<br>Robert S. Vance Federal Building<br>1800 5th Ave. North<br>Birmingham AL 35203<br>Thomas_Corbett@alnba.uscourts |

| | |
|---|---|
| The Bank of New York Mellon, as Indenture Trustee<br>c/o Bridget M. Schessler<br>The Bank of New York Mellon Trust Company, N.A.<br>525 William Penn Place, 7th Floor<br>Pittsburgh, PA 15259<br>bridget.schessler@bnymellon.com | The Bank of New York Mellon, as Indenture Trustee<br>c/o Larry Childs, Esq.<br>c/o Brian J. Malcom, Esq.<br>c/o Heath A. Fite, Esq.<br>Waller Lansden Dortch & Davis, LLP<br>Regions Harbert Plaza<br>1901 Sixth Avenue North, Suite 1400<br>Birmingham, AL 35203<br>Larry.Childs@wallerlaw.com<br>Brian.Malcom@wallerlaw.com<br>Heath.Fite@wallerlaw.com |
| The Bank of New York Mellon<br>c/o Debra L. Felder<br>Orrick, Herrington, & Sutcliffe LLP<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, D.C. 20005-1706<br>dfelder@orrick.com | JPMorgan Chase Bank, as Liquidity Agent<br>c/o Steve Fuhrman<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>sfuhrman@stblaw.com |
| U.S. Bank, National Association, as Paying Agent<br>2204 Lakeshore Drive Suite 302<br>Mail Code: EX-AL-WWPH<br>Homewood, AL 35209<br>felicia.cannon@usbank.com | The Bank of New York Mellon<br>c/o Thomas C. Mitchell<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>tcmitchell@orrick.com |
| Bank of America, N.A.<br>c/o David L. Eades<br>c/o Daniel G. Clodfelter<br>c/o David S. Walls<br>Moore & Van Allen, PLLC<br>100 North Tryon Street, Suite 4700<br>Charlotte, NC 28202-4003<br>davideades@mvalaw.com<br>danclodfelter@mvalaw.com<br>davidwalls@mvalaw.com | The Bank of New York Mellon<br>Sirote & Permut, P.C.<br>c/o Stephen B. Porterfield<br>c/o Donald Wright<br>2311 Highland Avenue South<br>Birmingham, AL 35205<br>sporterfield@sirote.com<br>dwright@sirote.com |

| | |
|---|---|
| Blue Ridge Investments, LLC<br>Affiliate of Bank of America, N.A.<br>c/o David L Eades<br>c/o Daniel G. Clodfelter<br>c/o David S. Walls<br>Moore & Van Allen, PLLC<br>100 North Tryon Street, Suite 4700<br>Charlotte, NC 28202-4003<br>davideades@mvalaw.com<br>danclodfelter@mvalaw.com<br>davidwalls@mvalaw.com | Blue Ridge Investments, LLC<br>Affiliate of Bank of America, N.A.<br>c/o Cathleen Curran Moore<br>Burr & Forman LLP<br>420 North 20th Street, Suite 3400<br>Birmingham, AL 35203<br>cmoore@burr.com |
| Bank of America, N.A.<br>c/o Joe A. Joseph<br>c/o Clifton C. Mosteller<br>c/o Cathleen Curran Moore<br>Burr & Forman LLP<br>420 North 20th Street, Suite 3400<br>Birmingham, AL 35203<br>jjoseph@burr.com<br>cmostell@burr.com<br>cmoore@burr.com | JPMorgan Chase Bank<br>c/o Steve M. Fuhrman, Esq.<br>c/o Ian Dattner<br>c/o Mary Beth Forshaw<br>c/o Elisha David Graff<br>c/o Thomas C. Rice<br>c/o William T. Russell, Jr.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>sfuhrman@stblaw.com<br>idattner@stblaw.com<br>mforshaw@stblaw.com<br>egraff@stblaw.com<br>trice@stblaw.com<br>wrussell@stblaw.com |
| State Street Bank and Trust Company<br>c/o William W. Kannel<br>c/o Adrienne K. Walker<br>Mintz, Levin, Cohn, Ferris, Glovsky and<br>Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>wkannel@mintz.com<br>awalker@mintz.com | Regions Bank<br>c/o Jayna Partain Lamar<br>c/o J. Leland Murphree<br>Maynard Cooper & Gale, P.C.<br>AmSouth/Harbert Plaza, Suite 2400<br>1901 6th Avenue North<br>Birmingham, AL 35203-2618<br>jlamar@maynardcooper.com<br>lmurphree@maynardcooper.com |

| | |
|---|---|
| State Street Bank and Trust Company<br>Sirote & Permut, P.C.<br>c/o Stephen B. Porterfield<br>c/o Donald Wright<br>2311 Highland Avenue South<br>Birmingham, AL 35205<br>sporterfield@sirote.com<br>dwright@sirote.com | Regions Bank, as Trustee<br>c/o Brian P. Hall<br>Smith, Gambrell & Russell, LLP<br>Promenade II, Suite 3100<br>1230 Peachtree Street, N.E.<br>Atlanta, Georgia 30309-3592<br>bhall@sgrlaw.com |
| Societe Generale<br>c/o Mark J. Fiekers<br>c/o Joyce T. Gorman<br>Ashurst LLP<br>1875 K Street N.W., Suite 750<br>Washington, DC 20006<br>mark.fiekers@ashurst.com<br>joyce.gorman@ashurst.com | Financial Guaranty Insurance Company<br>c/o William H. Patrick, III<br>c/o Tristan E. Manthey<br>c/o Cherie Dessauer Nobles<br>Heller, Draper, Patrick & Horn, L.L.C.<br>650 Poydras Street, Suite 2500<br>New Orleans, Louisiana 70130-6103<br>wpatrick@hellerdraper.com<br>tmanthey@hellerdraper.com<br>cnobles@hellerdraper.com |
| Financial Guaranty Insurance Company<br>c/o Robert K. Spotswood<br>c/o Michael T. Sansbury<br>c/o Emily J. Tidmore<br>c/o Grace L. Kipp<br>Spotswood Sansom & Sansbury LLC<br>One Federal Place<br>1819 Fifth Avenue North<br>Suite 1050<br>Birmingham, Alabama 35203<br>rks@spotswoodllc.com<br>msansbury@spotswoodllc.com<br>etidmore@spotswoodllc.com<br>gkipp@spotswoodllc.com | Financial Guaranty Insurance Company<br>c/o H. Slayton Dabney, Jr.<br>Dabney, PLLC<br>303 Grande Court<br>Richmond, Virginia 23229<br>sdabney@dabneypllc.com |

| | |
|---|---|
| Assured Guaranty Municipal Corp.<br>c/o Winston & Strawn LLP<br>Lawrence A. Larose, Esq.<br>Samuel S. Kohn, Esq.<br>Sarah L. Trum, Esq.<br>George Mastoris<br>Carrie V. Hardman<br>200 Park Avenue<br>New York, New York 10166-4193<br>llarose@winston.com<br>skohn@winston.com<br>strum@winston.com<br>gmastoris@winston.com<br>chardman@winston.com | Receiver for County's Sewer System<br>John S. Young, Jr. LLC, as Receiver<br>c/o Baker, Donelson, Bearman, Caldwell &<br>Berkowitz, P.C.<br>Timothy M. Lupinacci, Esq.<br>W. Patton Hahn, Esq.<br>Daniel J. Ferretti, Esq.<br>Bill D. Bensinger, Esq.<br>1600 Wells Fargo Tower<br>Birmingham, AL 35203<br>tlupinacci@bakerdonelson.com<br>phahn@bakerdonelson.com<br>dferretti@bakerdonelson.com<br>bbensinger@bakerdonelson.com |
| Assured Guaranty Municipal Corp.<br>c/o Mark P. Williams<br>Norman, Wood, Kendrick & Turner<br>Financial Center – Suite 1600<br>505 20th Street North<br>Birmingham, AL 35203<br>mpwilliams@nwkt.com | Receiver for County's Sewer System<br>John S. Young, Jr. LLC, as Receiver<br>c/o Baker, Donelson, Bearman, Caldwell &<br>Berkowitz, P.C.<br>Joe A. Conner<br>1800 Republic Centre<br>633 Chestnut Street<br>Chattanooga, TN 37450<br>jconner@bakerdonelson.com |
| Syncora Guarantee, Inc.<br>c/o Quinn Emanuel Urquhart & Sullivan, LLP<br>c/o Jonathan E. Pickhardt<br>c/o Jake M. Shields<br>c/o Susheel Kirpalani<br>c/o Daniel Holzman<br>c/o Eric Kay<br>c/o Robert S. Loigman<br>c/o Xochitl Strohbehn<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>jonpickhardt@quinnemanuel.com<br>jakeshields@quinnemanuel.com<br>susheelkirpalani@quinnemanuel.com<br>danielholzman@quinnemanuel.com<br>erickay@quinnemanuel.com<br>robertloigman@quinnemanuel.com<br>xochitlstrohbehn@quinnemanuel.com | Jefferson County Personnel Board<br>c/o Lee R. Benton<br>c/o Jamie A. Wilson<br>Benton & Centeno, LLP<br>2019 3rd Avenue North<br>Birmingham, AL 35203<br>lbenton@bcattys.com<br>jwilson@bcattys.com |

| | |
|---|---|
| Bayern LB<br>c/o Edward A. Smith<br>Venable<br>Rockefeller Center<br>1270 Avenue of the Americas<br>Twenty-fifth Floor<br>New York, NY 10020<br>EASmith@Venable.com | Bayern LB<br>c/o Joseph Campagna<br>Vice President<br>560 Lexington Avenue<br>New York, New York 10022<br>jcampagna@bayernlbny.com |
| Societe Generale<br>c/o Christopher Blackwell<br>c/o Dan Schulman<br>Ashurst LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Christopher.Blackwell@ashurst.com<br>Dan.Schulman@ashurst.com | Ambac Assurance Corporation<br>c/o Charles L. Denaburg<br>Najjar Denaburg, P.C.<br>2125 Morris Avenue<br>Birmingham, AL 35203<br>cdenaburg@najjar.com |
| Jeffrey Weissman, D.D.S.<br>Jeffrey Weissman, D.D.S., P.C.<br>Keith Shannon<br>Individually and as Class Representatives<br>c/o Wilson F. Green<br>Fleenor & Green, LLP<br>204 Marina Drive, Ste. 200<br>Tuscaloosa, AL 35406<br>wgreen@fleenorgreen.com | Ambac Assurance Corporation<br>c/o Miles W. Hughes<br>c/o William P. Smith<br>c/o Robert A. Dall'Asta<br>c/o Greg Kopacz<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Chicago, Illinois 60606<br>mwhughes@mwe.com<br>wsmith@mwe.com<br>rdallasta@mwe.com<br>gkopacz@mwe.com |
| Jeffrey Weissman, D.D.S.<br>Jeffrey Weissman, D.D.S., P.C.<br>Keith Shannon<br>Individually and as Class Representatives<br>c/o Brian R. Walding<br>WALDING, LLC<br>505 20th Street North, Suite 620<br>Birmingham, AL 35203<br>bwalding@waldinglaw.com | Ambac Assurance Corporation<br>c/o Gregory Andrew Kopacz<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, New York 10173-1922<br>gkopacz@mwe.com |

| | |
|---|---|
| City of Birmingham<br>c/o Michael M. Fliegel<br>Assistant City Attorney<br>Legal Dept.<br>710 20th Street North<br>Birmingham, AL 35203<br>Mike.Fliegel@ci.birmingham.al.us | J.P. Morgan Securities, Inc.<br>JPMorgan Chase Bank, N.A.<br>c/o Clark R. Hammond<br>Johnston Barton Proctor & Rose, LLP<br>569 Brookwood Village, Suite 901<br>Birmingham, AL 35209<br>crh@johnstonbarton.com |
| Societe Generale<br>c/o Donald M. Wright<br>c/o Stephen B. Porterfield<br>Sirote & Permutt, P.C.<br>2311 Highland Avenue South<br>Birmingham, AL 35205<br>dwright@sirote.com<br>sporterfield@sirote.com | JPMorgan Chase Bank, N.A.<br>c/o Lindan J. Hill<br>Johnston Barton Proctor & Rose, LLP<br>569 Brookwood Village, Suite 901<br>Birmingham, AL 35209<br>lhill@johnstonbarton.com |
| National Public Finance Guarantee Corp.<br>c/o Benjamin S. Goldman<br>Hand Arendall LLC<br>1200 Park Place Tower<br>2001 Park Place North<br>Birmingham, AL 35203<br>bgoldman@handarendall.com | Anne Elizabeth McGowin, Esq.<br>Legal Advisor<br>Office of the Governor<br>State of Alabama<br>State Capitol, Room NB-05<br>600 Dexter Avenue<br>Montgomery, AL 36130<br>anneelizabeth.mcgowin@finance |
| National Public Finance Guarantee Corp.<br>c/o Mark A. Cody<br>Jones Day<br>77 West Wacker<br>Chicago, IL 60601-1676<br>macody@jonesday.com | City of Center Point, Alabama<br>c/o Robert C. Keller<br>Russo, White & Keller, P.C.<br>315 Gadsden Highway, Suite D<br>Birmingham, AL 35235<br>rjlawoff@bellsouth.net |

| | |
|---|---|
| Syncora Guarantee, Inc.<br>c/o Matthew Scheck<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>matthewscheck@quinnemanuel.com | Syncora Guarantee, Inc.<br>c/o Richard P. Carmody<br>c/o Henry E. Simpson<br>c/o Lawrence J. McDuff<br>c/o Russell J. Rutherford<br>c/o David K. Bowsher<br>Adams and Reese LLP<br>Regions Harbert Plaza<br>1901 6th Avenue North, Suite 3000<br>Birmingham, AL 35203<br>Richard.Carmody@arlaw.com<br>Henry.Simpson@arlaw.com<br>Laurence.McDuff@arlaw.com<br>Russell.Rutherford@arlaw.com<br>David.Bowsher@arlaw.com |
| U.S. Securities and Exchange Commission<br>Office of Reorganization<br>Atlanta Regional Office<br>950 East Paces Ferry Road, N.E., Suite 900<br>Atlanta, Georgia 30326-1382<br>Telephone: 404-842-7600<br>Facsimile: 404-842-7633<br>E-mail: atlreorg@sec.gov | National Public Finance Guarantee Corp.<br>c/o Amy Edgy Ferber<br>Jones Day<br>1420 Peachtree Street, N.E.<br>Suite 800<br>Atlanta, GA 30309-3053<br>aeferber@jonesday.com |
| Lloyds TSB Bank PLC<br>c/o Laura E. Appleby<br>Chapman and Cutler LLP<br>330 Madison Ave.<br>34th Floor<br>New York, NY 10017<br>appleby@chapman.com | National Public Finance Guarantee Corp.<br>c/o Corinne Ball<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017-6702<br>cball@jonesday.com |
| Lloyds TSB Bank PLC<br>c/o Ann E. Acker<br>c/o James E. Spiotto<br>Chapman and Cutler, LLP<br>111 W. Monroe St.<br>Chicago, IL 60603<br>acker@chapman.com<br>spiotto@chapman.com | The Securities and Exchange Commission<br>SEC Headquarters<br>100 F Street, NE<br>Washington, DC 20549-9040<br>Attention: Morgan Bradylyons, Senior Counsel<br>bradylyonsm@sec.gov |

| | |
|---|---|
| Lloyds TSB Bank PLC<br>c/o Donald M. Wright<br>c/o Stephen B. Porterfield<br>Sirote & Permutt, P.C.<br>2311 Highland Avenue S.<br>Birmingham, AL 35205<br>dwright@sirote.com<br>sporterfield@sirote.com | The Bank of Nova Scotia<br>c/o Laura E. Appleby<br>Chapman and Cutler LLP<br>330 Madison Ave.<br>34th Floor<br>New York, NY 10017<br>appleby@chapman.com |
| Appellant William Casey<br>Appeal No. 1101361 in Supreme Court of<br>Alabama<br>c/o Matthew Weathers<br>Weathers Law Firm, LLC<br>P.O. Box 1826<br>Birmingham, AL 35201<br>mweathersmatt@gmail.com | The Bank of Nova Scotia<br>c/o Ann E. Acker<br>c/o James E. Spiotto<br>Chapman and Cutler, LLP<br>111 W. Monroe St.<br>Chicago, IL 60603<br>acker@chapman.com<br>spiotto@chapman.com |
| Appellant William Casey<br>Appeal No. 1101361 in Supreme Court of<br>Alabama<br>c/o Edward Jason Dennis<br>c/o Samuel B. Hardy, IV<br>Lynn Tillotson Pinker & Cox, LLP<br>2100 Ross Avenue, Suite 2700<br>Dallas, Texas 75201<br>jdennis@lynnllp.com<br>shardy@lynnllp.com | The Bank of Nova Scotia<br>c/o Donald M. Wright<br>c/o Stephen B. Porterfield<br>Sirote & Permutt, P.C.<br>2311 Highland Avenue S.<br>Birmingham, AL 35205<br>dwright@sirote.com<br>sporterfield@sirote.com |
| U.S. Bank National Association, in its capacity<br>as Indenture Trustee<br>c/o Charles R. Johanson III<br>Engel, Hairston, & Johanson, P.C.<br>4th Floor, 109 20th Street (35203)<br>P.O. Box 11405<br>Birmingham, AL 35202<br>rjohanson@ehjlaw.com | Appellant Carmella Macon<br>Appeal No. 1101270 in the Supreme Court of<br>Alabama<br>c/o Matthew Weathers<br>Weathers Law Firm, LLC<br>P.O. Box 1826<br>Birmingham, AL 35201<br>mweathersmatt@gmail.com |

| | |
|---|---|
| David Perry, Esq.<br>Finance Director<br>Office of the Governor<br>State of Alabama<br>Office of the Governor<br>State Capitol, Room N-104<br>600 Dexter Avenue<br>Montgomery, AL 36130<br>david.perry@governor.alabama.gov | Appellant Carmella Macon<br>Appeal No. 1101270 in the Supreme Court of<br>Alabama<br>c/o Edward Jason Dennis<br>c/o Samuel B. Hardy, IV<br>Lynn Tillotson Pinker & Cox, LLP<br>2100 Ross Avenue, Suite 2700<br>Dallas, Texas 75201<br>jdennis@lynnllp.com<br>shardy@lynnllp.com |
| State of Alabama<br>Department of Finance<br>c/o Rachel L. Webber<br>c/o Jerry C. Olshue, Jr.<br>c/o Kristopher D. Sodergren<br>c/o Robin E. Pate<br>Rosen Harwood, P.A.<br>2200 Jack Warner Parkway, Suite 200<br>P.O. Box 2727<br>Tuscaloosa, AL 35403-2727<br>rwebber@rosenharwood.com<br>boldshue@rosenharwood.com<br>rpate@rosenharwood.com | U.S. Bank National Association, in its capacity<br>as Indenture Trustee<br>c/o Clark T. Whitmore<br>c/o Kesha L. Tanabe<br>Maslon Edleman Borman & Brand,LLP<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-4140<br>clark.whitmore@maslon.com<br>kesha.tanabe@maslon.com |
| Wendell Major<br>Public Employee of Jefferson County Alabama<br>3775 Gillespie Road<br>Dolomite, AL 35061<br>majorpd@charter.net<br>wwm5007@gmail.com | Beckman Coulter, Inc.<br>c/o Kirk B. Burkley<br>Bernstein Law Firm, P.C.<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1900<br>kburkley@bernsteinlaw.com |
| Beers Properties, LLC<br>Creditor<br>c/o W.L. Longshore, III<br>Longshore, Buck & Longshore, P.C.<br>2009 Second Avenue North<br>Birmingham, AL 35203<br>Billy3@longshorebuck.com | The Depository Trust & Clearing Corporation<br>A Party in Interest<br>c/o Adam T. Berkowitz<br>c/o Jeffrey Chubak<br>Proskauer Rose LLP<br>Eleven Time Square<br>New York, NY 10036-8299<br>aberkowitz@proskauer.com<br>jchubak@proskauer.com |

| | |
|---|---|
| Mike Hale, in his official capacity as Sheriff of Jefferson County, Alabama<br>c/o Robert R. Riley<br>c/o Keith Jackson<br>c/o Jay Murrill<br>Riley & Jackson, P.C.<br>1744 Oxmoor Road<br>Birmingham, AL 35209<br>jay@rileyjacksonlaw.com | City of Birmingham, Alabama<br>c/o U.W. Clemon<br>White Arnold & Dowd P.C.<br>2025 Third Avenue North, Suite 500<br>Birmingham, AL 35203<br>uwclemon@waadlaw.com |
| Gene J. Gonsoulin<br>A Party in Interest<br>c/o A. Wilson Webb<br>Webb Law Firm<br>4416 Linpark Drive<br>Birmingham, AL 35222<br>awilsonwebb@gmail.com | Jefferson County Board of Education<br>c/o Whit Colvin<br>Bishop, Colvin, Johnson & Kent, LLC<br>1910 First Avenue North<br>Birmingham, AL 35203<br>wcolvin@bishopcolvin.com |
| David Swanson<br>Interested Party<br>c/o Henry J. Walker<br>Walker Law Firm<br>2330 Highland Ave.<br>Birmingham, AL 35205<br>henryjwalker@bellsouth.net | All Temps Systems, Inc.<br>c/o Andre' M. Toffel<br>Andre' M. Toffel, P.C.<br>Suite 300<br>600 North, 20th Street<br>Birmingham, AL 35203<br>atoffel@toffelp.com |
| Bill George<br>c/o Jon C. Goldfarb<br>c/o Daniel Arciniegas<br>c/o L. William Smith<br>Wiggins, Childs, Quinn & Pantazis, LLC<br>The Kress Building, 301 19th Street North<br>Birmingham, AL 35203<br>wsmith@wcqp.com | Elevator Maintenance and Repair, Inc.<br>Creditor<br>c/o Charles N. Parnell, III<br>Parnell & Crum, P.A.<br>P.O. Box 2189<br>Montgomery, AL 36102-2180<br>bkrp@parnellcrum.com |

| | |
|---|---|
| U.S. Pipe and Foundry Company, LLC<br>c/o Jeffrey B. McClellan, Esq.<br>1200 Abernathy Road, NE<br>Suite 1200<br>Atlanta, GA 30328<br>jmcclellan@muellerwp.com | Wells Fargo Bank, National Association as<br>Indenture Trustee<br>c/o Eric A. Schaffer<br>c/o Luke A. Sizemore<br>c/o Mike C. Buckley<br>Reed Smith LLP<br>225 Fifth Ave., Suite 1200<br>Pittsburgh, PA 15230-2009<br>eschaffer@reedsmith.com<br>lsizemore@reedsmith.com<br>mbuckley@reedsmith.com |
| City of Midfield, Alabama<br>c/o David A. Sullivan<br>1728 3rd Avenue North<br>Suite 400D<br>Birmingham, AL 35203<br>dasnicole@bellsouth.net | Fraternal Order of Police Lodge 64<br>Robert Thompson, Aubrey Finley and William<br>D. McAnally et al. on behalf of the Employees<br>of the Jefferson County Sheriff's Office<br>c/o Raymond P. Fitzpatrick<br>1929 Third Avenue North<br>Birmingham, Alabama 35203<br>rpfitzpatrick@fcclawgroup.com |
| BBA Development, LLC<br>c/o Amanda M. Beckett<br>Burr & Forman LLP<br>420 North 20th Street, Suite 3400<br>Birmingham, AL 35203<br>abeckett@burr.com | Medical Data Systems Inc.<br>c/o Bryan G. Hale<br>Starnes Davis Florie LLP<br>100 Brookwood Place, 7th Floor<br>Birmingham, AL 35209<br>bgh@starneslaw.com |
| Lara Swindle<br>c/o Ann C. Robertson<br>c/o H. Wallace Blizzard<br>Wiggins, Childs, Quinn & Pantazis, LLC<br>The Kress Building<br>301 Nineteenth Street North<br>Birmingham, AL 35203<br>arobertson@wcqp.com<br>hwb@wcqp.com | Charlotte Breece<br>Lillie Starks<br>On behalf of all similarly situated persons in<br>Breece, et al v. Jefferson County Tax Collector<br>c/o Lee Wendell Loder<br>Loder, P.C.<br>P.O. Box 13545<br>Birmingham, AL 35202<br>loderlawfirm@aol.com |
| John Madison, IV, inmates and others<br>similarly situated at the Jefferson County Jail<br>c/o H. Doug Redd<br>5343 Old Springville Road<br>Pinson, AL 35126<br>hdougredd@gmail.com | B.A.S. L.L.P.<br>c/o Salem Resha, Jr.<br>The Resha Firm<br>1516 20th Street South, Suite A<br>Birmingham, AL 35205<br>sresha@reshafirm.com |

| | |
|---|---|
| CSX Transportation, Inc.<br>A party-in-interest<br>c/o James H. White, IV<br>Baker Donelson Bearman Caldwell &<br>Berkowitz, P.C.<br>420 20th Street North<br>1600 Wells Fargo Tower<br>Birmingham, AL 35203<br>jwhite@bakerdonelson.com | Unisys Corporation<br>Party in Interest<br>c/o Dana S. Plon, Esq.<br>Sirlin Gallogly & Lesser, P.C.<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA 19109<br>dplon@sirlinlaw.com |
| James Pruitt<br>Interested Party<br>c/o Cynthia Forman Wilkinson, Esq.<br>c/o Larry R. Mann, Esq.<br>Wilkinson Law Firm, PC<br>215 N. Richard Arrington, Jr. Blvd., Ste. 811<br>Birmingham, AL 35203<br>wilkinsonefile@bellsouth.net | John Mason, IV<br>c/o Dan C. King, III<br>Stewart & Stewart, P.C.<br>1826 3rd Avenue North Suite 300<br>Bessemer, AL 35020<br>dking@stewartandstewart.net |
| James R. Crane<br>c/o Steven D. Altmann<br>c/o Charles L. Denaburg<br>c/o Marvin E. Franklin<br>Najjar Denaburg, P.C.<br>2125 Morris Avenue<br>Birmingham, AL 35203<br>saltmann@najjar.com<br>cdenaburg@najjar.com<br>mfranklin@najjar.com | Owens & Minor, Inc.<br>c/o Robert S. Westermann, Esq.<br>c/o Sheila deLa Cruz, Esq.<br>Hirschler Fleischer, P.C.<br>P.O. Box 500<br>Richmond, Virginia 23218-0500<br>rwestermann@hf-law.com<br>sdelacruz@hf-law.com |
| James R. Crane<br>c/o Sydney Gibbs Ballesteros<br>Gibbs & Bruns, LLP<br>1100 Louisiana, Suite 5300<br>Houston, Texas 77002<br>sballesteros@gibbsbruns.com | Collette Funderburg<br>Creditor and Interested Party<br>c/o Michael J. Antonio, Jr.<br>Greystone Legal Clinic<br>2516 11th Avenue North<br>Birmingham, AL 35234<br>MANT003@aol.com |

| | |
|---|---|
| W.C. Rice Oil Company, Inc.<br>c/o James H. White, IV<br>Baker Donelson Bearman Caldwell<br>& Berkowitz, P.C.<br>420 20th Street North<br>1600 Wells Fargo Tower<br>Birmingham, Alabama 35203<br>jwhite@bakerdonelson.com | Universal Hospital Services, Inc.<br>c/o James E. Bailey, III<br>Butler, Snow, O'Mara, Stevens & Cannada,<br>PLLC<br>6075 Poplar Avenue, Suite 500<br>Memphis, TN 38119<br>jeb.bailey@butlersnow.com |
| Delores W. Frost<br>c/o W.L. Longshore, III<br>Longshore, Buck & Longshore, P.C.<br>2009 Second Avenue North<br>Birmingham, Alabama 3203<br>Billy3@longshorebuck.com | Lehman Brothers Special Financing, Inc.<br>c/o James C. Huckaby<br>c/o Daniel D. Sparks<br>c/o Bradley R. Hightower<br>Christian & Small<br>505 20th Street North, Suite 1800<br>Birmingham, Alabama 35203<br>jch@csattorneys.com<br>dds@csattorneys.com<br>brh@csattorneys.com |
| AMCAD<br>15867 North Mountain Road<br>Broadway, VA 22815<br>cdelawder@amcad.com | BNSF Railway Company<br>c/o James H. White, IV<br>Baker Donelson Bearman Caldwell<br>& Berkowitz, P.C.<br>420 20th Street North<br>1600 Wells Fargo Tower<br>Birmingham, Alabama 35203<br>jwhite@bakerdonelson.com |
| Wells Fargo Bank, National Association,<br>Indenture Trustee<br>c/o Russell M. Cunningham, IV<br>Cunningham Firm, LLC<br>Landmark Center, Suite 600<br>2100 First Avenue North<br>Birmingham, AL 35203<br>Russell@cunninghamfirmllc.com | Moore Oil Company<br>Creditor<br>c/o Brenton K. Morris<br>Benton & Centeno, LLP<br>2019 Third Avenue North<br>Birmingham, Alabama 35203<br>bmorris@bcattys.com |

| | |
|---|---|
| Innovation Depot, successor-in-interest to Entrepreneurial Center, Creditor<br>c/o Russell M. Cunningham, IV<br>Cunningham Firm, LLC<br>Landmark Center, Suite 600<br>2100 First Avenue North<br>Birmingham, AL 35203<br>Russell@cunninghamfirmllc.com | First Commercial Bank<br>As Indenture Trustee<br>c/o David B. Anderson<br>c/o Deanna L. Weidner<br>Anderson Weidner, LLC<br>505 20th Street North<br>Financial Center, Suite 1450<br>Birmingham, AL 35203-4635<br>dbanderson@andersonweidner.com<br>dlweidner@andersonweidner.com |
| Andrew Bennett, Roderick Royal, et al.<br>c/o Calvin B. Grigsby<br>2406 Saddleback Drive<br>Danville, CA 94506<br>cgrigsby@grigsbyinc.com | First Commercial Bank<br>c/o David A. Wender<br>Alston & Bird LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>david.wender@alston.com |
| The Depository Trust Company, on behalf of the holders of the Jefferson County, Alabama, General Obligation Capital Improvement Warrants, Series 2003-A and 2004-A<br>c/o Lawrence S. Elbaum<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036-8299<br>lelbaum@proskauer.com | Jefferson County, Alabama<br>George Carpinello<br>Boies, Schiller & Flexner LLP<br>10 North Pearl Street, 4th Floor<br>Albany, New York 12207<br>gcarpinello@bsfllp.com |
| Bayerische Landesbank<br>c/o Edward A. Smith<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas<br>New York, NY 10020<br>easmith@Venable.com | AMSOL<br>c/o John K. Rezac<br>Taylor English Duma LLP<br>1600 Parkwood Circle, Suite 400<br>Atlanta, Georgia 30339<br>jrezac@taylorenglish.com |
| Internal Revenue Service<br>c/o Kenya Bufford<br>801 Tom Martin Drive<br>M/S 126<br>Birmingham, AL 35211<br>Kenya.Bufford@irs.gov | UAB Health System<br>c/o Kathleen Kauffman<br>Legal Counsel<br>500 22nd Street South, Suite 408<br>Birmingham, AL 35233<br>kkauffman@uasystem.ua.edu |

| | |
|---|---|
| Luther Strange, Esq.<br>Attorney General<br>State of Alabama<br>501 Washington Avenue<br>Montgomery, AL 36130<br>lstrange@ago.state.al.us<br>omartin@ago.state.al.us | Vekesha Hawes<br>Creditor<br>c/o Tyrone Townsend<br>P.O. Box 2105<br>Birmingham, AL 35201<br>ttowns1@msn.com |
| John A. Vos Esq., Interested Party<br>c/o John A. Vos, Esq.<br>1430 Lincoln Avenue<br>San Rafael, CA 94901<br>invalidemailecfonly@gmail.com | Alabama Department of Environmental<br>Management<br>c/o Tom Johnston, Esq.<br>General Counsel<br>1400 Coliseum Blvd.<br>Montgomery AL 36110<br>tlj@adem.state.al.us<br>daf@adem.state.al.us |
| Environmental Protection Agency<br>c/o Bill Weinischke<br>U.S. Department of Justice<br>Room 6028<br>Patrick Henry Bldg.<br>601 D Street, N.W.<br>Washington, D.C. 20004<br>bill.weinischke@usdoj.gov | University of Alabama Health Services<br>Foundation, P.C.<br>Sirote & Permut, P.C.<br>c/o Stephen B. Porterfield<br>2311 Highland Avenue South<br>Birmingham, AL 35205<br>sporterfield@sirote.com |
| Ad Hoc Sewer Warrantholders<br>c/o Thomas M. Mayer<br>c/o Gregory A. Horowitz<br>c/o Elan Daniels<br>c/o Amy Caton<br>c/o Jonathan M. Wagner<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>tmayer@kramerlevin.com<br>ghorowitz@kramerlevin.com<br>edaniels@kramerlevin.com<br>acaton@kramerlevin.com<br>jwagner@kramerlevin.com | Environmental Protection Agency<br>c/o William Bush<br>c/o Brad Ammons<br>Atlanta Federal Center<br>61 Forsyth Street, SW<br>Atlanta, GA 30303-3104<br>Bush.william@epamail.epa.gov<br>Ammons.brad@epamail.epa.gov |

| National Public Finance Guarantee Corp. | Ad Hoc Sewer Warrantholders |
|---|---|
| c/o Jennifer S. Morgan | c/o Justin G. Williams, Esq. |
| Hand Arendall LLC | Tanner Guin & Crowell, LLC |
| 30200 RSA Tower | 2711 University Boulevard |
| Post Office Box 123 | Tuscaloosa, AL 35401-1465 |
| Mobile, AL 36601 | jwilliams@tannerguincrowell.com |
| jmorgan@handarendall.com | |
| City of Hoover | Depfa Bank PLC |
| c/o Leslie M. Klasing | c/o Israel David |
| c/o April B. Danielson | c/o Gary L. Kaplan |
| Waldrep, Stewart & Kendrick, LLC | Fried, Frank, Harris, Shriver & Jacobson LLP |
| 2323 Second Avenue North | One New York Plaza |
| Birmingham, AL 35203 | New York, NY 10004 |
| Klasing@wskllc.com | israel.david@friedfrank.com |
| adanielson@wskllc.com | gary.kaplan@friedfrank.com |

**VIA FEDEX:**

| Shoe Station, Inc. | Teklinks Inc. |
|---|---|
| Attn: Michael T. Cronin, Esq. | 201 Summit Parkway |
| Johnson Pope Bokor Ruppel & Burns, LLP | Homewood, AL 35209 |
| 911 Chestnut Street | |
| Clearwater, FL 33576 | |
| Morris & Dickson Co LLC | Augmentation, Inc. |
| 410 Kay Lane | 3415 Independence Drive, Suite 101 |
| Shreveport, LA 71115 | Birmingham, AL 35209-8315 |
| AMT Medical Staffing, Inc. | Brice Building Co., LLC |
| 2 20th Street North | 201 Sunbelt Parkway |
| Suite 1360 | Birmingham, AL 35211 |
| Birmingham, AL 35203 | |
| John Plott Company Inc. | Laboratory Corporation of America |
| 2804 Rice Mine Road NE | 430 South Spring Street |
| Tuscaloosa, AL 35406 | Burlington, NC 27215 |
| | Attention: Legal Department |