# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JEFFERSON COUNTY, ALABAMA, | ) | Case No. 11-05736-TBB |
| a political subdivision of the State of | ) | |
| Alabama, | ) | Chapter 9 |
| | ) | |
|     Debtor. | ) | |

### ORDER APPROVING: (A) THE "DISCLOSURE STATEMENT REGARDING CHAPTER 9 PLAN OF ADJUSTMENT FOR JEFFERSON COUNTY, ALABAMA (DATED JULY 29, 2013)"; AND (B) RELATED DISCLOSURE STATEMENT PROCEDURES, DEADLINES, AND NOTICES

THIS MATTER came before the Court on August 6, 2013, upon the *Motion for Entry of Order, Pursuant to Sections 105(a), 901(a), and 1125(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 3017, and 9007, Approving (A) the Proposed Disclosure Statement and (B) the Form and Manner of the Notice of the Proposed Disclosure Statement Hearing* [Docket No. 1818] (the "Disclosure Statement Motion"), which Disclosure Statement Motion seeks approval of (1) the proposed *Disclosure Statement Regarding Chapter 9 Plan of Adjustment for Jefferson County, Alabama (Dated June 30, 2013)*, as subsequently revised on July 29, 2013 [Docket No. 1912] and including the additional 2-page inserts from counsel for the plaintiffs in the Wilson Action and the Bennett Action described on the record at the August 6, 2013 hearing (as it may be further amended, supplemented, or modified from time to time by the County, the "Disclosure Statement") for the *Chapter 9 Plan of Adjustment for Jefferson County, Alabama (Dated July 29, 2013)* (as it may be amended, supplemented, or modified from time to time by the County pursuant to the terms thereof and Bankruptcy Code section 942, the "Plan")[1], (2)

---

[1] All capitalized terms used but not otherwise defined in this Order have the meanings ascribed to those terms in the Disclosure Statement Motion or the Plan, as applicable.

1

certain deadlines and procedures relating to replies and objections to the Disclosure Statement, and (3) the form and scope of notice thereof, all as more specifically described in the Disclosure Statement Motion; and the Court having jurisdiction to consider the Disclosure Statement Motion; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the County having filed on the docket of this chapter 9 case the Plan and related Disclosure Statement; and based on the pleadings of record, the arguments and representations of counsel, for good cause shown, and all other matters brought before the Court; it appearing that no other or further notice is necessary; it appearing that the relief requested in the Disclosure Statement Motion is fair, equitable, and in the best interests of the County, its Creditors, and other parties in interest; after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED and DECREED** that all objections to the Disclosure Statement Motion, including those filed as Docket Nos. 1895, 1916, 1921, 1927, 1929, 1958-1961, and 1963, are OVERRULED in their entirety for the reasons set forth on the record at the August 6, 2013 hearing, and the Disclosure Statement Motion is GRANTED as set forth herein; and it is further

**ORDERED, ADJUDGED and DECREED** that the Disclosure Statement contains adequate information within the meaning of section 1125 of the Bankruptcy Code, no other or further information is necessary, the Disclosure Statement is APPROVED in its entirety, and the County may accordingly solicit acceptances and rejections of the Plan; and it is further

**ORDERED, ADJUDGED and DECREED** that the Disclosure Statement (including the exhibits thereto) provides holders of Claims and other parties in interest with sufficient notice of the injunction, exculpation, and release provisions contained in Articles V and VI of the Plan in

2

satisfaction of the requirements of Bankruptcy Rule 3016(c), the requirements of the due process clause of the Fifth Amendment to the United States Constitution, and, to the extent applicable, the requirements of the due process clause of the Fourteenth Amendment to the United States Constitution; and it is further

**ORDERED, ADJUDGED and DECREED** that all objections to the Disclosure Statement that have not been withdrawn or resolved previously or at the Disclosure Statement Hearing hereby are OVERRULED; and it is further

**ORDERED, ADJUDGED and DECREED** that the Disclosure Statement Hearing Notice, attached as **Annex B** to the Disclosure Statement Motion and incorporated by reference herein, filed and served on July 1-2, 2013, constitutes good and sufficient notice of the Disclosure Statement Hearing, the manner in which a copy of the Disclosure Statement (and exhibits thereto, including the Plan) could be obtained, and the time fixed for filing objections or responses thereto, in satisfaction of the requirements of the applicable provisions of the Bankruptcy Code and the Bankruptcy Rules, comports with due process, and no other or further notice is necessary; and it is further

**ORDERED, ADJUDGED and DECREED** that the Disclosure Statement Objection Procedures set forth in the Disclosure Statement Motion and the Disclosure Statement Hearing Notice for filing objections and responses to the Disclosure Statement are appropriate based on the particular needs of this Case and comply with Bankruptcy Rules 2002 and 3017(a); and it is further

**ORDERED, ADJUDGED and DECREED** that counsel for the Sewer Warrant Trustee shall provide counsel for the County with a preliminary estimate of the Sewer Warrant Trustee Residual Fee Estimate (subject to further refinement as set forth in the Plan's definition of that term) on or before **September 15, 2013**; and it is further

3

**ORDERED, ADJUDGED and DECREED** that the County is authorized to make non-substantive or immaterial changes to the Disclosure Statement and all related documents (including, without limitation, all exhibits thereto) without further order of the Court, including, without limitation, making ministerial changes to correct typographical and grammatical errors, and making conforming changes among the Disclosure Statement, the Plan, the Ballots, the Master Ballots, and any other materials in the Solicitation Packages prior to mailing as may be appropriate; and it is further

**ORDERED, ADJUDGED and DECREED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED, ADJUDGED and DECREED** that the County is authorized, in its discretion, to take or refrain from taking any action necessary or appropriate to effectuate the terms of and relief granted pursuant to this Order in accordance with the Disclosure Statement Motion and without further order of the Court; and it is further

**ORDERED, ADJUDGED and DECREED** that this Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order; and it is further

**ORDERED, ADJUDGED and DECREED** that this Order is without prejudice to the rights of the County pursuant to Bankruptcy Code section 904, and nothing herein is intended as or shall be deemed to constitute the County's consent to this Court's interference with (1) any of the political or governmental powers of the County, (2) any of the property or revenues of the County, or (3) the County's use or enjoyment of any income-producing property.

**DONE AND ORDERED** this the 7th day of August, 2013.

/s/ T. B. B.
UNITED STATES BANKRUPTCY JUDGE