## EXHIBIT NO. 9

Amended Financing Plan

## Jefferson County, Alabama
## Sewer Revenue Restructuring
## Amended Financing Plan

### Sources and Uses

**Sources:**

**Bond Proceeds**

Principal

| | |
|---|---|
| Current Interest Bonds | $1,339,020,000 |
| Capital Appreciation Bonds | $179,835,131 |
| Convertible Capital Appreciation Bonds | $458,418,209 |
| Total | $1,977,273,340 |
| | |
| Original Issue Premium/Discount | $23,991,599 |
| **Total Bond Proceeds** | **$2,001,264,939** |

**Other Sources**

| | |
|---|---|
| Cash from System Available to Closing | $62,288,278 |
| **Total Sources** | **$2,063,553,216** |

**Uses:**

| | |
|---|---|
| Proceeds to Creditors (1) | $1,836,499,060 |
| Put Consideration (2) | $13,500,000 |
| Debt Service Reserve Fund Deposit | $197,727,334 |
| Underwriter's Discount | $13,326,822 |
| Costs of Issuance | $2,500,000 |
| Additional Proceeds | $0 |
| **Total Uses** | **$2,063,553,216** |

**Summary Statistics**

Rate Increases:                    Yr. One $5 & 3.49% NR; 7.89% Yrs. 2-5, 3.49% thereafter

Initial-year increase represents $5 increase in base charge (residential and nonresidentail) and 3.49% increase in volumetric non-residential charges.

| | |
|---|---|
| Future Value of Capital Appreciation Bonds | $1,126,700,000 |
| Future Value of Convertible Capital Appreciation Bonds | $847,335,000 |
| Future Value of All Capital Appreciating Debt | $1,974,035,000 |
| | |
| Anticipated CAPEX Shortfall | $1,209,501,464 |
| | |
| Dated Date | 12/1/13 |
| Delivery Date | 12/1/13 |

This Amended Financing Plan amends the financing plan preliminarily approved by the Jefferson County Commission on June 4, 2013 (the "Financing Plan"). Among the economic modifications made to the Financing Plan by this Amended Financing Plan are revisions to address a decline in actual or projected revenues having an economic effect that equals or exceeds the economic effect that a 50 basis point increase in borrowing rates (yields) over the assumed rates (yields) utilized for purposes of the Financing Plan would have vis-à-vis the sewer rate structure underpinning the Financing Plan. The Amended Financing Plan fully utilizes such 50 basis point amount.

The rates set forth herein are solely for purposes of showing anticipated revenues. It is possible for the County to achieve equivalent revenues through means other than across the board rate increases, such as by tiered rates or minimum charges. This Amended Financing Plan does not adjust the interest rates/yields set forth in the Financing Plan preliminarily approved by the Jefferson County Commission on June 4, 2013."

(1) Amount based on negotiated and assumed distributions to sewer creditors: full usage of $25 million non-commutation basket, $165 million to monolines, 65 cent non-commutation distribution, 80 cent commutation distribution (with waivers), and JPM reallocations. Amount does not include distributions to pay, or reimburse insurers for their payment of, preclosing interest and principal scheduled to come due on or after February 1, 2013.

(2) Anticipated amounts payable under the Put Agreement as described in the County's chapter 9 plan.

## Jefferson County, Alabama
## Sewer Revenue Restructuring
## Amended Financing Plan

### Consolidated Cash Flows ($000's)

| Fiscal Year Oct-1 | Yr. | Net Revenues | | | | Debt Service | | CAPEX | | | | | | | | Free Cash Flow | | | |
| | | Sewer Revenue | Prior Year Excess | Operating Expenses | Total Net Sewer Revenue | Net Debt Service | Net Coverage | Target CAPEX | Misc. Revenues | CAPEX Net Misc. Revenues | Applied Constr. Fund Monies** | Cash Flow Funded CAPEX | CAPEX ShortFall | Total Debt Plus Capex | Net Coverage | FCF Before Fund Deposit | OpEx Fund Deposit | Net Free Cash Flow | OpEx Fund Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | 14,405,897 | | 5,051,879 | 9,377,185 | 6,985,827 | | 4,528,730 | 857,529 | 3,671,202 | 159,202 | 2,311,458 | 1,209,501 | 9,297,286 | | 88,853 | 40,974 | | 47,879 |
| 2013 | - | | | | | | | | | | | | | | | | | 34,583 | 14,832 |
| 2014 | 1 | 133,598 | | 52,141 | 81,457 | 65,165 | 1.25x | 5,243 | 14,197 | (8,954) | - | | | 65,165 | 1.24x | 25,246 | 541 | 24,705 | 15,372 |
| 2015 | 2 | 172,266 | | 63,173 | 109,093 | 87,273 | 1.25x | 42,398 | 14,481 | 27,918 | 6,569 | 21,349 | - | 108,622 | 1.00x | 472 | 469 | 3 | 15,841 |
| 2016 | 3 | 181,664 | | 65,581 | 116,083 | 92,154 | 1.26x | 80,483 | 14,771 | 65,712 | 42,386 | 23,326 | - | 115,480 | 1.00x | 603 | 603 | 0 | 16,444 |
| 2017 | 4 | 191,550 | | 67,848 | 123,702 | 76,122 | 1.63x | 63,961 | 15,066 | 48,895 | 1,885 | 47,010 | - | 123,132 | 1.00x | 570 | 569 | 1 | 17,013 |
| 2018 | 5 | 204,199 | | 69,991 | 134,209 | 93,970 | 1.43x | 55,067 | 15,367 | 39,699 | - | 39,699 | - | 133,670 | 1.00x | 539 | 538 | 1 | 17,551 |
| 2019 | 6 | 210,268 | | 72,202 | 138,066 | 74,699 | 1.85x | 183,587 | 15,675 | 167,912 | 105,102 | 62,811 | - | 137,510 | 1.00x | 557 | 555 | 1 | 18,106 |
| 2020 | 7 | 216,502 | | 74,484 | 142,018 | 74,600 | 1.90x | 86,092 | 15,988 | 70,104 | 3,261 | 66,843 | - | 141,444 | 1.00x | 574 | 573 | 1 | 18,680 |
| 2021 | 8 | 222,941 | | 76,839 | 146,102 | 87,116 | 1.68x | 72,841 | 16,308 | 56,533 | - | 56,533 | - | 143,649 | 1.01x | 2,454 | 592 | 1,862 | 19,271 |
| 2022 | 9 | 229,546 | 1,862 | 81,879 | 149,529 | 73,942 | 2.02x | 75,026 | 16,634 | 58,392 | - | 58,392 | - | 132,334 | 1.12x | 17,195 | 1,254 | 15,941 | 20,526 |
| 2023 | 10 | 237,252 | 15,941 | 84,554 | 168,639 | 102,294 | 1.65x | 77,277 | 16,967 | 60,310 | - | 60,310 | - | 162,604 | 1.03x | 6,035 | 671 | 5,364 | 21,197 |
| 2024 | 11 | 245,261 | 5,364 | 87,316 | 163,309 | 130,646 | 1.25x | 79,595 | 17,306 | 62,289 | - | 31,969 | 30,320 | 162,615 | 1.00x | 693 | 693 | 0 | 21,890 |
| 2025 | 12 | 253,477 | 0 | 90,169 | 163,308 | 130,646 | 1.25x | 81,983 | 17,652 | 64,330 | - | 31,945 | 32,385 | 162,592 | 1.00x | 716 | 716 | 0 | 22,606 |
| 2026 | 13 | 262,023 | 0 | 93,116 | 168,906 | 135,126 | 1.25x | 84,442 | 18,005 | 66,437 | - | 33,040 | 33,396 | 168,167 | 1.00x | 740 | 740 | (0) | 23,346 |
| 2027 | 14 | 270,875 | (0) | 96,160 | 174,715 | 139,771 | 1.25x | 86,975 | 18,365 | 68,610 | - | 34,180 | 34,430 | 173,951 | 1.00x | 764 | 764 | 0 | 24,110 |
| 2028 | 15 | 280,050 | 0 | 99,304 | 180,747 | 144,596 | 1.25x | 89,585 | 18,733 | 70,852 | - | 35,361 | 35,491 | 179,957 | 1.00x | 789 | 789 | 0 | 24,899 |
| 2029 | 16 | 289,459 | 0 | 102,551 | 186,909 | 149,531 | 1.25x | 92,272 | 19,107 | 73,165 | - | 36,562 | 36,603 | 186,094 | 1.00x | 815 | 815 | 0 | 25,714 |
| 2030 | 17 | 299,210 | 0 | 105,905 | 193,306 | 154,641 | 1.25x | 95,040 | 19,489 | 75,551 | - | 37,822 | 37,729 | 192,464 | 1.00x | 842 | 842 | 0 | 26,556 |
| 2031 | 18 | 309,305 | 0 | 109,369 | 199,936 | 159,951 | 1.25x | 97,892 | 19,879 | 78,012 | - | 39,115 | 38,897 | 199,066 | 1.00x | 870 | 870 | (0) | 27,426 |
| 2032 | 19 | 319,733 | (0) | 112,947 | 206,786 | 165,426 | 1.25x | 100,828 | 20,277 | 80,551 | - | 40,461 | 40,090 | 205,888 | 1.00x | 898 | 898 | 0 | 28,324 |
| 2033 | 20 | 330,500 | 0 | 116,643 | 213,857 | 171,086 | 1.25x | 103,853 | 20,682 | 83,171 | - | 41,843 | 41,328 | 212,929 | 1.00x | 928 | 928 | 0 | 29,252 |
| 2034 | 21 | 341,635 | (0) | 120,461 | 221,174 | 176,942 | 1.25x | 106,969 | 21,096 | 85,873 | - | 43,274 | 42,598 | 220,216 | 1.00x | 959 | 959 | 0 | 30,211 |
| 2035 | 22 | 353,141 | (0) | 124,404 | 228,736 | 182,987 | 1.25x | 110,178 | 21,518 | 88,660 | - | 44,760 | 43,900 | 227,746 | 1.00x | 990 | 990 | 0 | 31,201 |
| 2036 | 23 | 365,081 | (0) | 128,478 | 236,603 | 189,287 | 1.25x | 113,483 | 21,948 | 91,535 | - | 46,294 | 45,241 | 235,581 | 1.00x | 1,023 | 1,023 | 0 | 32,223 |
| 2037 | 24 | 377,423 | 0 | 132,685 | 244,738 | 195,790 | 1.25x | 116,888 | 22,387 | 94,500 | - | 47,891 | 46,609 | 243,681 | 1.00x | 1,056 | 1,056 | 0 | 33,280 |
| 2038 | 25 | 390,225 | (0) | 137,031 | 253,194 | 202,552 | 1.25x | 120,394 | 22,835 | 97,559 | - | 49,551 | 48,009 | 252,103 | 1.00x | 1,091 | 1,091 | 0 | 34,371 |
| 2039 | 26 | 403,403 | 0 | 141,520 | 261,883 | 209,506 | 1.25x | 124,006 | 23,292 | 100,714 | - | 51,250 | 49,464 | 260,756 | 1.00x | 1,127 | 1,127 | 0 | 35,498 |
| 2040 | 27 | 417,083 | 0 | 146,157 | 270,927 | 216,743 | 1.25x | 127,726 | 23,758 | 103,969 | - | 53,019 | 50,950 | 269,762 | 1.00x | 1,164 | 1,164 | 0 | 36,663 |
| 2041 | 28 | 431,179 | 0 | 150,946 | 280,232 | 224,183 | 1.25x | 131,558 | 24,233 | 107,325 | - | 54,846 | 52,479 | 279,029 | 1.00x | 1,203 | 1,203 | 0 | 37,866 |
| 2042 | 29 | 445,758 | (0) | 155,894 | 289,864 | 231,893 | 1.25x | 135,505 | 24,717 | 110,788 | - | 56,728 | 54,059 | 288,621 | 1.00x | 1,243 | 1,243 | 0 | 39,108 |
| 2043 | 30 | 460,851 | 0 | 161,005 | 299,846 | 239,876 | 1.25x | 139,570 | 25,212 | 114,358 | - | 58,686 | 55,672 | 298,563 | 1.00x | 1,284 | 1,284 | 0 | 40,392 |
| 2044 | 31 | 476,465 | 0 | 166,284 | 310,181 | 248,146 | 1.25x | 143,757 | 25,716 | 118,041 | - | 60,710 | 57,332 | 308,855 | 1.00x | 1,326 | 1,326 | 0 | 41,718 |
| 2045 | 32 | 492,570 | 0 | 171,737 | 320,832 | 256,666 | 1.25x | 148,070 | 26,230 | 121,840 | - | 62,797 | 59,043 | 319,463 | 1.00x | 1,370 | 1,370 | 0 | 43,088 |
| 2046 | 33 | 509,218 | 0 | 177,371 | 331,847 | 265,481 | 1.25x | 152,512 | 26,755 | 125,757 | - | 64,952 | 60,805 | 330,432 | 1.00x | 1,415 | 1,415 | 0 | 44,503 |
| 2047 | 34 | 526,500 | (0) | 183,190 | 343,310 | 274,646 | 1.25x | 157,087 | 27,290 | 129,797 | - | 67,203 | 62,594 | 341,849 | 1.00x | 1,462 | 1,462 | 0 | 45,964 |
| 2048 | 35 | 544,324 | (0) | 189,201 | 355,124 | 284,100 | 1.25x | 161,800 | 27,836 | 133,964 | - | 69,514 | 64,450 | 353,614 | 1.00x | 1,510 | 1,510 | 0 | 47,474 |
| 2049 | 36 | 562,803 | 0 | 195,410 | 367,393 | 283,194 | 1.30x | 166,654 | 28,392 | 138,261 | - | 82,639 | 55,623 | 365,833 | 1.00x | 1,560 | 1,560 | 0 | 49,034 |
| 2050 | 37 | 581,835 | (0) | 201,824 | 380,010 | 235,707 | 1.61x | 171,654 | 28,960 | 142,693 | - | 142,692 | 1 | 378,399 | 1.00x | 1,611 | 1,611 | 0 | 50,645 |
| 2051 | 38 | 601,584 | 0 | 208,450 | 393,134 | 244,204 | 1.61x | 176,803 | 29,540 | 147,264 | - | 147,266 | 0 | 391,469 | 1.00x | 1,665 | 1,665 | 0 | 52,310 |
| 2052 | 39 | 622,010 | (0) | 215,295 | 406,715 | 253,020 | 1.61x | 182,097 | 30,130 | 151,977 | - | 151,975 | 2 | 404,995 | 1.00x | 1,720 | 1,720 | 0 | 54,030 |
| 2053 | 40 | 643,129 | 0 | 222,365 | 420,764 | 262,147 | 1.61x | 187,570 | 30,733 | 156,837 | - | 156,840 | (0) | 418,988 | 1.00x | 1,776 | 1,776 | (0) | 55,806 |

* DSRF is kept until final maturity of Tax Exempt bonds and is used to pay debt service. Assumes earnings based on S&P Guidelines and full release of DSRF in 2053

** Assumes initial balance in construction fund of $153,845,872 and 0.50% earnings. Funds are diverted to the DSRF and then reimbursed through FCF in the first 2 years.

*** Assumes Free Cash flow in FY 2013 and 2014 totaling $59,288,278 funds up the CAPEX account for funds previously diverted to the DSRF.

**** Assumes the 2013 Net Free Cash Flow of $34,583,000 is net of the Delayed Feb. 2013 Debt Service Payment, the projected IRS Penalty, a small deposit into the CAPEX Account and a $14,831,507 deposit into the OpEx Fund.

***** 2014 Revenues, Operating Expenses, and CAPEX requirements have been adjusted downward for October and November 2013 as these are prior to the Delivery Date. These cash flows are reflected in the net 2013 FCF value.

7/22/2013 (Preliminary Subject to Change)

Case 11-05736-TBB9   Doc 1977-20   Filed 08/08/13   Entered 08/08/13 11:52:51   Desc
Exhibit 9 - Amended Financing Plan   Page 3 of 6

Page 2

## Jefferson County, Alabama
## Sewer Revenue Restructuring
## Amended Financing Plan

### Current Interest Bond Pricing

| Maturity Date | Call Date | Principal | Coupon | Yield | Price |
|---|---|---|---|---|---|
| Total | | 1,339,020,000 | | | |
| 4/1/14 | N/A | | 5.000% | 4.500% | 101.942 |
| 4/1/15 | N/A | 9,530,000 | 5.000% | 4.500% | 101.942 |
| 4/1/16 | N/A | 15,400,000 | 5.000% | 4.500% | 101.942 |
| 4/1/17 | N/A | - | 5.000% | 4.500% | 101.942 |
| **4/1/18** | N/A | 18,560,000 | 5.000% | 4.500% | 101.942 |
| 4/1/19 | N/A | - | 5.125% | 4.875% | 101.849 |
| 4/1/20 | N/A | - | 5.125% | 4.875% | 101.849 |
| 4/1/21 | N/A | 12,845,000 | 5.125% | 4.875% | 101.849 |
| 4/1/22 | N/A | - | 5.125% | 4.875% | 101.849 |
| **4/1/23** | N/A | - | 5.125% | 4.875% | 101.849 |
| 4/1/24 | 4/1/23 | - | 5.625% | 5.375% | 101.807 |
| 4/1/25 | 4/1/23 | - | 5.625% | 5.375% | 101.807 |
| 4/1/26 | 4/1/23 | - | 5.625% | 5.375% | 101.807 |
| 4/1/27 | 4/1/23 | - | 5.625% | 5.375% | 101.807 |
| 4/1/28 | 4/1/23 | - | 5.625% | 5.375% | 101.807 |
| 4/1/29 | 4/1/23 | - | 5.625% | 5.375% | 101.807 |
| 4/1/30 | 4/1/23 | - | 5.625% | 5.375% | 101.807 |
| 4/1/31 | 4/1/23 | - | 5.625% | 5.375% | 101.807 |
| 4/1/32 | 4/1/23 | - | 5.625% | 5.375% | 101.807 |
| **4/1/33** | 4/1/23 | - | 5.625% | 5.375% | 101.807 |
| 4/1/34 | 4/1/23 | - | 5.750% | 5.500% | 101.797 |
| 4/1/35 | 4/1/23 | - | 5.750% | 5.500% | 101.797 |
| 4/1/36 | 4/1/23 | - | 5.750% | 5.500% | 101.797 |
| 4/1/37 | 4/1/23 | - | 5.750% | 5.500% | 101.797 |
| 4/1/38 | 4/1/23 | 12,550,000 | 5.750% | 5.500% | 101.797 |
| 4/1/39 | 4/1/23 | 92,465,000 | 5.750% | 5.500% | 101.797 |
| 4/1/40 | 4/1/23 | 105,390,000 | 5.750% | 5.500% | 101.797 |
| 4/1/41 | 4/1/23 | 119,290,000 | 5.750% | 5.500% | 101.797 |
| 4/1/42 | 4/1/23 | 134,290,000 | 5.750% | 5.500% | 101.797 |
| **4/1/43** | 4/1/23 | 150,460,000 | 5.750% | 5.500% | 101.797 |
| 4/1/44 | 4/1/23 | - | 6.000% | 5.750% | 101.776 |
| 4/1/45 | 4/1/23 | - | 6.000% | 5.750% | 101.776 |
| 4/1/46 | 4/1/23 | - | 6.000% | 5.750% | 101.776 |
| 4/1/47 | 4/1/23 | - | 6.000% | 5.750% | 101.776 |
| 4/1/48 | 4/1/23 | - | 6.000% | 5.750% | 101.776 |
| 4/1/49 | 4/1/23 | - | 6.000% | 5.750% | 101.776 |
| 4/1/50 | 4/1/23 | - | 6.000% | 5.750% | 101.776 |
| 4/1/51 | 4/1/23 | - | 6.000% | 5.750% | 101.776 |
| 4/1/52 | 4/1/23 | 221,040,000 | 6.000% | 5.750% | 101.776 |
| **4/1/53** | 4/1/23 | 447,200,000 | 6.000% | 5.750% | 101.776 |

*Bold dates represent the final maturity of the Term Bonds

7/22/2013 (Preliminary Subject to Change)

Case 11-05736-TBB9    Doc 1977-20    Filed 08/08/13    Entered 08/08/13 11:52:51    Desc
Exhibit 9 - Amended Financing Plan    Page 4 of 6

Page 3

## Jefferson County, Alabama
## Sewer Revenue Restructuring
## Amended Financing Plan

### Capital Appreciation Bond Pricing

| Maturity Date | Initial Value | Future Value | Coupon | Yield | Price | CAB Price |
|---|---|---|---|---|---|---|
| Total | 179,835,131 | 1,126,700,000 | | | | |
| 4/1/14 | - | - | 6.025% | 6.025% | 100.000 | 98.031 |
| 4/1/15 | - | - | 6.025% | 6.025% | 100.000 | 92.390 |
| 4/1/16 | - | - | 6.025% | 6.025% | 100.000 | 87.065 |
| 4/1/17 | - | - | 6.025% | 6.025% | 100.000 | 82.047 |
| 4/1/18 | - | - | 6.025% | 6.025% | 100.000 | 77.319 |
| 4/1/19 | - | - | 6.025% | 6.025% | 100.000 | 72.863 |
| 4/1/20 | - | - | 6.025% | 6.025% | 100.000 | 68.663 |
| 4/1/21 | - | - | 6.025% | 6.025% | 100.000 | 64.706 |
| 4/1/22 | - | - | 6.025% | 6.025% | 100.000 | 60.977 |
| 4/1/23 | - | - | 6.025% | 6.025% | 100.000 | 57.462 |
| 4/1/24 | - | - | 6.525% | 6.525% | 100.000 | 51.505 |
| 4/1/25 | - | - | 6.525% | 6.525% | 100.000 | 48.302 |
| 4/1/26 | 2,029,350 | 4,480,000 | 6.525% | 6.525% | 100.000 | 45.298 |
| 4/1/27 | 3,876,391 | 9,125,000 | 6.525% | 6.525% | 100.000 | 42.481 |
| 4/1/28 | 5,557,541 | 13,950,000 | 6.525% | 6.525% | 100.000 | 39.839 |
| 4/1/29 | 7,055,625 | 18,885,000 | 6.525% | 6.525% | 100.000 | 37.361 |
| 4/1/30 | 8,407,368 | 23,995,000 | 6.525% | 6.525% | 100.000 | 35.038 |
| 4/1/31 | 9,629,330 | 29,305,000 | 6.525% | 6.525% | 100.000 | 32.859 |
| 4/1/32 | 10,717,457 | 34,780,000 | 6.525% | 6.525% | 100.000 | 30.815 |
| 4/1/33 | - | - | 6.525% | 6.525% | 100.000 | 28.899 |
| 4/1/34 | 12,682,192 | 48,915,000 | 6.750% | 6.750% | 100.000 | 25.927 |
| 4/1/35 | 13,334,395 | 54,960,000 | 6.750% | 6.750% | 100.000 | 24.262 |
| 4/1/36 | 13,908,470 | 61,260,000 | 6.750% | 6.750% | 100.000 | 22.704 |
| 4/1/37 | 4,270,245 | 20,100,000 | 6.750% | 6.750% | 100.000 | 21.245 |
| 4/1/38 | - | - | 6.750% | 6.750% | 100.000 | 19.881 |
| 4/1/39 | - | - | 6.750% | 6.750% | 100.000 | 18.604 |
| 4/1/40 | - | - | 6.750% | 6.750% | 100.000 | 17.409 |
| 4/1/41 | - | - | 6.750% | 6.750% | 100.000 | 16.291 |
| 4/1/42 | - | - | 6.750% | 6.750% | 100.000 | 15.244 |
| 4/1/43 | - | - | 6.750% | 6.750% | 100.000 | 14.265 |
| 4/1/44 | 20,226,973 | 163,055,000 | 7.000% | 7.000% | 100.000 | 12.405 |
| 4/1/45 | 19,868,385 | 171,575,000 | 7.000% | 7.000% | 100.000 | 11.580 |
| 4/1/46 | 19,500,159 | 180,390,000 | 7.000% | 7.000% | 100.000 | 10.810 |
| 4/1/47 | 19,127,995 | 189,555,000 | 7.000% | 7.000% | 100.000 | 10.091 |
| 4/1/48 | 9,643,254 | 102,370,000 | 7.000% | 7.000% | 100.000 | 9.420 |
| 4/1/49 | - | - | 7.000% | 7.000% | 100.000 | 8.794 |
| 4/1/50 | - | - | 7.000% | 7.000% | 100.000 | 8.209 |
| 4/1/51 | - | - | 7.000% | 7.000% | 100.000 | 7.663 |
| 4/1/52 | - | - | 7.000% | 7.000% | 100.000 | 7.154 |
| 4/1/53 | - | - | 7.000% | 7.000% | 100.000 | 6.678 |

*Subject to make-whole provisions from 2023 through 2053

Case 11-05736-TBB9   Doc 1977-20   Filed 08/08/13   Entered 08/08/13 11:52:51   Desc
Exhibit 9 - Amended Financing Plan   Page 5 of 6

## Jefferson County, Alabama
## Sewer Revenue Restructuring
## Amended Financing Plan

### Convertible Capital Appreciation Bond Pricing

| Maturity Date | Conv. Date | Initial Value | Future Value | Coupon | Yield | Price | CCAB Price |
|---|---|---|---|---|---|---|---|
| Total | | 458,418,209 | 847,335,000 | | | | |
| 4/1/23 | 4/1/23 | - | - | 6.275% | 6.275% | 100.000 | 56.176 |
| 4/1/24 | 4/1/23 | - | - | 6.275% | 6.275% | 100.000 | 56.176 |
| 4/1/25 | 4/1/23 | - | - | 6.275% | 6.275% | 100.000 | 56.176 |
| 4/1/26 | 4/1/23 | - | - | 6.275% | 6.275% | 100.000 | 56.176 |
| 4/1/27 | 4/1/23 | - | - | 6.275% | 6.275% | 100.000 | 56.176 |
| 4/1/28 | 4/1/23 | - | - | 6.275% | 6.275% | 100.000 | 56.176 |
| 4/1/29 | 4/1/23 | - | - | 6.275% | 6.275% | 100.000 | 56.176 |
| 4/1/30 | 4/1/23 | - | - | 6.275% | 6.275% | 100.000 | 56.176 |
| 4/1/31 | 4/1/23 | - | - | 6.275% | 6.275% | 100.000 | 56.176 |
| 4/1/32 | 4/1/23 | - | - | 6.275% | 6.275% | 100.000 | 56.176 |
| 4/1/33 | 4/1/23 | 23,453,480 | 41,750,000 | 6.275% | 6.275% | 100.000 | 56.176 |
| 4/1/34 | 4/1/23 | - | - | 6.500% | 6.500% | 100.000 | 55.045 |
| 4/1/35 | 4/1/23 | - | - | 6.500% | 6.500% | 100.000 | 55.045 |
| 4/1/36 | 4/1/23 | - | - | 6.500% | 6.500% | 100.000 | 55.045 |
| 4/1/37 | 4/1/23 | 27,117,919 | 49,265,000 | 6.500% | 6.500% | 100.000 | 55.045 |
| 4/1/38 | 4/1/23 | 37,287,483 | 67,740,000 | 6.500% | 6.500% | 100.000 | 55.045 |
| 4/1/39 | 4/1/23 | - | - | 6.500% | 6.500% | 100.000 | 55.045 |
| 4/1/40 | 4/1/23 | - | - | 6.500% | 6.500% | 100.000 | 55.045 |
| 4/1/41 | 4/1/23 | - | - | 6.500% | 6.500% | 100.000 | 55.045 |
| 4/1/42 | 4/1/23 | - | - | 6.500% | 6.500% | 100.000 | 55.045 |
| 4/1/43 | 4/1/23 | - | - | 6.500% | 6.500% | 100.000 | 55.045 |
| 4/1/44 | 4/1/23 | - | - | 6.750% | 6.750% | 100.000 | 53.815 |
| 4/1/45 | 4/1/23 | - | - | 6.750% | 6.750% | 100.000 | 53.815 |
| 4/1/46 | 4/1/23 | - | - | 6.750% | 6.750% | 100.000 | 53.815 |
| 4/1/47 | 4/1/23 | - | - | 6.750% | 6.750% | 100.000 | 53.815 |
| 4/1/48 | 4/1/23 | 53,823,072 | 100,015,000 | 6.750% | 6.750% | 100.000 | 53.815 |
| 4/1/49 | 4/1/23 | 114,093,182 | 212,010,000 | 6.750% | 6.750% | 100.000 | 53.815 |
| 4/1/50 | 4/1/23 | 95,615,801 | 177,675,000 | 6.750% | 6.750% | 100.000 | 53.815 |
| 4/1/51 | 4/1/23 | 107,027,272 | 198,880,000 | 6.750% | 6.750% | 100.000 | 53.815 |
| 4/1/52 | 4/1/23 | - | - | 6.750% | 6.750% | 100.000 | 53.815 |
| 4/1/53 | 4/1/23 | - | - | 6.750% | 6.750% | 100.000 | 53.815 |

*Subject to make-whole provisions from 2023 through 2053

Case 11-05736-TBB9   Doc 1977-20   Filed 08/08/13   Entered 08/08/13 11:52:51   Desc
Exhibit 9 - Amended Financing Plan   Page 6 of 6