IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **JEFFERSON COUNTY, ALABAMA,** | ) | Case No. 11-05736-TBB |
| a political subdivision of the State of | ) | |
| Alabama, | ) | Chapter 9 |
| | ) | |
| **Debtor.** | ) | |

## NOTICE OF FILING OF SOLICITATION VERSION OF DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE** that on June 30, 2013, Jefferson County, Alabama (the "County") filed the *Disclosure Statement Regarding Chapter 9 Plan of Adjustment for Jefferson County, Alabama (Dated June 30, 2013)* [Docket No. 1817] (the "June 30 Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that on July 29, 2013, the County filed the *Disclosure Statement Regarding Chapter 9 Plan of Adjustment for Jefferson County, Alabama (Dated July 29, 2013)* [Docket No. 1912] (the "July 29 Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that on August 7, 2013, the Court entered its *Order Approving: (a) the "Disclosure Statement Regarding Chapter 9 Plan of Adjustment for Jefferson County, Alabama (Dated July 29, 2013)"; and (b) Related Disclosure Statement Procedures, Deadlines, and Notices* [Docket No. 1974] (the "Disclosure Statement Order"). The Court ruled in the Disclosure Statement Order, among other things, that the July 29 Disclosure Statement (as it may be further amended, supplemented, or modified from time to time by the County) contains adequate information within the meaning of section 1125 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that on August 8, 2013, the County filed the *Disclosure Statement Regarding Chapter 9 Plan of Adjustment for Jefferson County, Alabama*

*(Dated July 29, 2013)* [Docket No. 1977] (the "<u>August 8 Disclosure Statement</u>").[1] The August 8 Disclosure Statement is intended to supersede and replace the June 30 Disclosure Statement and July 29 Disclosure Statement in all respects. Among other things, the August 8 Disclosure Statement includes additional exhibits, as follows: (i) a description of the Wilson Action provided by the Wilson Action plaintiffs has been added as Exhibit No. 12; and (ii) a description of the Bennett Action provided by the Bennett Action plaintiffs has been added as Exhibit No. 13.

      **PLEASE TAKE FURTHER NOTICE** that for the convenience of the Court and all parties in interest, a changed pages only "redline" comparison showing the revisions made to the July 29 Disclosure Statement by the August 8 Disclosure Statement (except for revisions to exhibits) is attached hereto as **Exhibit A**.

DATED: August 8, 2013         /s/ J. Patrick Darby
                                      BRADLEY ARANT BOULT CUMMINGS LLP
                                      J. Patrick Darby
                                      *-and-*
                                        KLEE, TUCHIN, BOGDANOFF & STERN LLP
                                        *Counsel for Jefferson County, Alabama*

---

[1] Unless otherwise defined, all capitalized terms shall have the meaning provided in the August 8 Disclosure Statement.